UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-9005 JVS (FFM) | Date | March 10, 2017 |
|---|---|---|---|
| Title | *Dick Morgan White v. Stuart Jaye,* et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO PROVIDE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT**

On January 18, 2017, the Court granted plaintiff an extension of time in which to provide a certified six-month trust account statement. (Docket No. 6.) The Court set the deadline for 45 days from the date of the Court's order (*i.e.*, March 4, 2017). (*Id.*) As of the date of the instant order, plaintiff has not submitted the required document to the Court. (*See generally* Docket.)

Accordingly, plaintiff is ORDERED TO SHOW CAUSE no later than **21 days** from the date of this order why this action should not be dismissed for failure to comply with the Court's January 18, 2017 order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the certified six-month trust account statement is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

IT IS SO ORDERED.

                                                                                                    : 
                                                                Initials of Preparer        JM